IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


**JEROME SCOTT,**

    **Plaintiff,**

**vs.**                                                   **Case No. 4:07cv497-RH/WCS**

**U.S. SOCIAL SECURITY, et al.,**

    **Defendants.**

    _____/


## REPORT AND RECOMMENDATION

This cause is before me upon referral from the Clerk. In an order filed January 10, 2008, Plaintiff was directed **to** *either* file a notice of voluntary dismissal or submit a response clarifying his intentions and the basis of his case *and* submit a proper and accurate financial affidavit by January 31, 2008. Ruling on the *in forma pauperis* motion, doc. 2, was deferred until he complied with that order. Plaintiff was specifically warned that a recommendation would be made that this case be dismissed if he failed to comply with that order. Doc. 5. To date, no response has been received from the Plaintiff.

A trial court has inherent power to dismiss a case sua sponte for failure to prosecute. <u>Link v. Wabash R.R.</u>, 370 U.S. 626, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962). Fed. R. Civ. P. 41(b) authorizes a district court to dismiss an action for failure to obey a court order. <u>Moon v. Newsome</u>, 863 F.2d 835, 838 and cases cited (11th Cir.), *cert. denied*, 493 U.S. 863 (1989). Since Plaintiff has failed to comply with an order or to prosecute this case, his complaint should now be dismissed without prejudice.

The Plaintiff shall have a 15 day period after service of this report and recommendation in which to file objections. This will also afford Plaintiff a final opportunity to show good cause for his failure to respond. Plaintiff may do so by a motion for reconsideration which will be referred to me by the Clerk.

It is therefore, respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice and Plaintiff's motion for leave to proceed *in forma pauperis,* doc. 2, be **DENIED** as moot.

**IN CHAMBERS at Tallahassee, Florida, on February 20, 2008.**

        <u>s/ William C. Sherrill, Jr.</u>
        **WILLIAM C. SHERRILL, JR.**
        **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.