# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

JEROME SCOTT,

      Plaintiff,

v.                                                        CASE NO.  4:07cv497-RH/WCS

U.S. SOCIAL SECURITY, et al.,

      Defendants.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and

recommendation (document 6), to which no objections have been filed.  Upon

consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion

of the court.  The clerk shall enter judgment stating, "This action is DISMISSED

without prejudice."  The clerk shall close the file.

SO ORDERED this 26th day of March, 2008.

s/Robert L. Hinkle_____
Chief United States District Judge